UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Minnesota Implant Center P.L.L.C.,    Chapter 7

Debtor.    Bankruptcy No. 24-30760
_____

**OBJECTION TO APPOINTMENT OF PATIENT CARE OMBUDSMAN**
_____

TO:   The debtor and other entities specified in Local Rule 9013-2.

1. Mary R. Jensen, Acting United States Trustee for Region 12, by her undersigned attorney, objects to the appointment of a patient care ombudsman and gives notice of hearing.

2. A hearing will be held at 10:00 a.m. on Wednesday, April 17, 2024, before the United States Bankruptcy Court, Courtroom 8W, 300 South Fourth Street, Minneapolis, Minnesota.

3. The debtor commenced this case by filing a voluntary petition on March 22, 2024. The Court issued a notice regarding the appointment of Patient-Care Ombudsman on March 22, 2024. The notice states that "the court will order the appointment of a patient-care ombudsman on 04/22/2024 unless an objection to such appointment is filed on or before 04/11/2024 and served as required by Local Rules 9013-3(a)(1) or (2) and 9013-3(a)(3). The objection

shall include notice of a hearing to be held on or before 04/22/2024." This objection responds to the Court's docket entry.

4. For the reasons set forth in the attached memorandum of law, the Court should determine that no patient care ombudsman is necessary in this case.

Dated: April 9, 2024                    MARY R. JENSEN
ACTING UNITED
STATES TRUSTEE
REGION 12

                                                       s/ Colin Kreuziger
Colin Kreuziger
Trial Attorney
MN Atty No. 0386834
United States Department of Justice
1015 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 334-1360
Colin.Kreuziger@usdoj.gov