UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Minnesota Implant Center P.L.L.C.,                Chapter 7

Debtor.                                           Bankruptcy No. 24-30760

### UNSWORN DECLARATION OF NAUNI JO MANTY

I, Nauni Jo Manty, declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. I am the chapter 7 trustee in this bankruptcy case.

2. Counsel for the debtor informed me of the following facts:

   a. The debtor previously operated a dental clinic that provided dental implants to its patients.

   b. The debtor is not operating.

3. Counsel for the debtor's landlord contacted me on April 4, 2024, and informed me that the Woodbury Police Department ("WPD") executed a search warrant at the debtor's business premises in Woodbury, Minnesota. I also reviewed a copy of the search warrant and the search warrant receipt and noted that it appears that the WPD removed paperwork, equipment, and patient appliances (dentures and Invisalign appliances).

This concludes my Declaration.

Dated:  April 8, 2024

_____
Nauni Jo Manty
Chapter 7 Trustee