## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

**In re:**

| | |
|---|---|
| **Minnesota Implant Center P.L.L.C.,** | **Chapter 7** |
| **Debtor.** | **Bankruptcy No. 24-30760** |

_____

This case came before the Court on an objection to the appointment of patient care ombudsman of Mary R. Jensen, Acting United States Trustee for Region 12. Based upon the motion filed by the Acting United States Trustee and all of the files, records, and proceedings herein, it is hereby ORDERED:

1. The appointment of a patient care ombudsman is not necessary in this case.


Dated:                             _____

                                            Katherine A. Constantine
                                            Chief United States Bankruptcy Judge