UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

| | |
|---|---|
| **Minnesota Implant Center P.L.L.C.,** | Chapter 7 |
| **Debtor.** | Bankruptcy No. 24-30760 |

## UNSWORN CERTIFICATE OF SERVICE

The undersigned declares under penalty of perjury that on April 9, 2024, he caused to be filed electronically the following: Objection to Appointment of Patient Care Ombudsman; Declaration of Nauni Jo Manty; Memorandum of Law, and Proposed Order, thereby generating electronic service upon all entities registered as CM/ECF users in this case. He also served the following entities by first class mail at the addresses stated below:

**Via First-Class Mail**:

| | |
|---|---|
| Minnesota Implant Center P.L.L.C.<br>237 Radio Drive<br>Ste 110<br>Woodbury, MN 55125-4478 | Minnesota Board of Dentistry<br>335 Randolph Ave.<br>Suite 250<br>St. Paul, Minnesota 55102 |

Executed on: April 9, 2024

**s/ Colin Kreuziger**
**Colin Kreuziger**
**United States Department of Justice**