UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| In Re: | Case No. 24-30760 |
| | Chapter 7 |
| Minnesota Implant Center P.L.L.C., | |
| Debtor. | |

---

## VERIFIED STATEMENT PURSUANT TO FEDERAL RULE 2014(a)

---

I, Nauni Manty of Manty & Associates, P.A., the professional named in the application for employment on behalf of the above-named bankruptcy estate, declare under penalty of perjury the following:

1. Manty & Associates does not hold or represent any interest adverse to the estate and is disinterested as required by 11 U.S.C. §327, 328 and Fed. R. Bankr. P. 2014.

2. Manty & Associates does not have any connections to the debtor, creditors, any other party in interest, her respective attorneys and accountants, the United States Trustee, or any person employed in the offices of the United States Trustee for Region 12, except that Nauni Manty of Manty & Associates, is a Chapter 7 trustee on the panel in the District of Minnesota and has been and is appointed by the United States Trustee in other unrelated matters.

3. Manty & Associates will continue to monitor and assess all of its client relationships to ensure that Manty & Associates is, and remains, disinterested. In addition, Manty & Associates will disclose on an ongoing basis any relationship that may affect its disinterestedness.

Dated:  April 11, 2024                        MANTY & ASSOCIATES, P.A.

                                              s/ Nauni Manty
                                              Nauni Manty (#230352)
                                              150 South Fifth Street, Suite 3125
                                              Minneapolis, MN 55402
                                              (612) 465-0990
                                              nauni@mantylaw.com