UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:      Case No. 24-30760
    Chapter 7

Minnesota Implant Center P.L.L.C.,

       Debtor.

## ORDER

The trustee's application to approve the employment of Manty & Associates, P.A. as the trustee's attorneys came before the court.

Based on the application, the recommendation of the United States Trustee and 11 United States Code §327,

IT IS ORDERED:  The employment is approved.

Dated:

_____
Katherine A. Constantine
Chief United States Bankruptcy Judge