UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | Case No. 24-30760 |
| | Chapter 7 |
| Minnesota Implant Center, P.L.L.C., | |
| Debtor. | |

### UNSWORN CERTIFICATE OF SERVICE

I declare under penalty of perjury that on April 12, 2024, I served copies of the following:

1. Notice of Hearing, Motion for Turnover to the Trustee of Property of the Estate and Memorandum of Law in Support of Motion;

2. Proposed Order; and

3. Unsworn Certificate of Service

by sending true and correct copies to the following parties via U.S. Mail:

Fortress Insurance Company
Attn: Matthew Nielsen, President
425 N. Martingale Rd, Ste. 900
Schaumburg, IL  60173

The Hartford Financial Services Group, Inc.
Attn: Christopher Swift, CEO
690 Asylum Ave
Hartford, CT  06155

Minnesota Implant Center, P.L.L.C.
Attn:  Dr. Kamel
237 Radio Dr, Ste. 110
Woodbury, MN  55125-4478

Executed on:  April 12, 2024            Signed: *s/ Sarah Gelhar*
                                        Sarah Gelhar, Legal Assistant
                                        Manty & Associates, P.A.
                                        150 South Fifth Street #3125
                                        Minneapolis, MN 55402
                                        612-465-0990
                                        sarah@mantylaw.com