UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Minnesota Implant Center, P.L.L.C.,

    Debtor.

Case No. 24-30760
Chapter 7

**ORDER**

This matter came on before this court on the motion of the trustee, Nauni Manty, for the turnover of insurance policies.

Based upon the motion and proceedings herein,

**IT IS ORDERED**:

1. The trustee's motion for turnover is granted.

2. Fortress Insurance Company and the Hartford Financial Services Group, Inc. shall provide to the trustee within ten days copies of all insurance policies of the debtor, Woodbury Dental Arts, PA and Marko Kamel.

Dated:

_____
Katherine A. Constantine
Chief United States Bankruptcy Judge