UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:                                                                         Case No. 24-30760
                                                                               Chapter 7
Minnesota Implant Center, P.L.L.C.,

       Debtor.

**UNSWORN DECLARATION OF NAUNI MANTY, TRUSTEE**

I, Nauni Manty, swear under penalty of perjury that:

1. I am the appointed chapter 7 trustee in the bankruptcy of Minnesota Implant Center, P.L.L.C.

2. I seek to examine Dr. Kamel in connection with the business operations of the debtor and regarding transfers of the debtor's property.

3. I seek to examine Marisa Simonetti in connection with transfers of the debtor's property that she may have received.

4. I seek to examine Wells Fargo Bank and American Express Company to obtain account records of the debtor.

5. I seek to examine De Lage Landen Financial Services, ChoiceHealth Finance, QL Titling Trust, OneView Finance, Funding Metrics, LLC and CloudFund, LLC to obtain loan documents and to analyze the security interest, if any, in the personal property of the debtor.

6. The examinations and related document requests relate to the acts, conduct, property or to the liabilities and financial conditions of the debtor.

Dated: April 15, 2024                                    *s/ Nauni Manty Trustee*
                                                                      Nauni Manty, Trustee