UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | Case No. 24-30760 |
| | Chapter 7 |
| Minnesota Implant Center, P.L.L.C., | |
| Debtor. | |

### UNSWORN CERTIFICATE OF SERVICE

I declare under penalty of perjury that on April 15, 2024, I served copies of the following:

1. Notice of Hearing and Motion for Order Authorizing Examinations and Related Document Production Pursuant to Rule 2004;

2. Memorandum of Law Supporting the Trustee's Motion for Order Authorizing 2004 Examinations;

3. Proposed Order; and

4. Unsworn Certificate of Service

by sending true and correct copies to the following parties:

**VIA U.S. Mail**

Dr. Marko Kamel
1508 Clippership Drive
Woodbury, MN  55125

Marisa Simonetti
5134 Hankerson Ave
Edina, MN  55436

Minnesota Implant Center, P.L.L.C.
Attn:  Dr. Kamel
237 Radio Drive, Ste. 110
Woodbury, MN  55125-4478

**VIA CERTIFIED MAIL**

Bell Bank
Attn: Michael Solberg, President
3100 13th Avenue S
Fargo, ND 58103

Wings Credit Union
Attn: Frank Weidner, President
14985 Glazier Avenue
Apple Valley, MN 55124

American Express Company
Attn: Stephen Squeri, CEO
200 Vesey Street
New York, NY  10285

CloudFund, LLC
Attn:  Officer, Director, or Agent for Service of Process
400 Rella Blvd, Ste. 165
Suffern, NY 10901

Funding Metrics, LLC
Attn: Jim Carnes, President
3220 Tillman Drive, Ste. 200
Bensalem, PA  19020

Funding Metrics, LLC
Attn: Officer, Director, or Agent for Service of Process
884 Town Center Drive
Langhorne, PA  19047

De Lage Landen Financial Services, Inc.
Attn: Carlo van Kemenade, CEO
1111 Old Eagle School Rd
Wayne, PA 19087

ChoiceHealth Finance
Attn: Kevin Ebilane, CEO
1310 Madrid Street
Marshall, MN  56258

QL Titling Trust, Ltd.
Attn: Jeffrey Wood, President
9830 Bauer Drive
Carmel, IN  46280

OneView Finance
Attn: Officer, Director, or Agent for Service of Process
10 Waterview Blvd
Parsippany, NJ  07054

Wells Fargo Bank, N.A.
Attn: Charles Scharf, President
420 Montgomery Street
San Francisco, CA  94104

Edward Rooney
100 N 6th Street, Ste 630B
Minneapolis, MN  55403

U.S. Bank, N.A.
Attn: Andrew Cecere, President
800 Nicollet Mall
Minneapolis, MN  55402


Executed on:  April 15, 2024              Signed: *s/ Sarah Gelhar*
                                                  Sarah Gelhar, Legal Assistant
                                                  Manty & Associates, P.A.
                                                  150 South Fifth Street #3125
                                                  Minneapolis, MN 55402
                                                  612-465-0990