Filing Number: 1454820600248
Date: 02/12/2024
Time: 10:09 AM
STATE OF MINNESOTA
Office: Office of the Minnesota Secretary of State

# UCC1 - Original Filing - UCC Financing Statement

| RETURN ACKNOWLEDGEMENT TO: | FILER CONTACT INFORMATION: |
|---|---|
| Lien Solutions<br>P.O. Box 29071<br>Glendale, CA  912099071<br>USA | Wolters Kluwer Lien Solutions<br>800-331-3282<br>uccfilingreturn@wolterskluwer.com |

## DEBTOR INFORMATION

**ORGANIZATION'S NAME**
Minnesota Implant Center PLLC

| MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 237 Radio Dr Ste 110 | Woodbury | MN | 55125 | USA |

**ORGANIZATION'S NAME**
Woodbury Dental Arts / Smile Rescue Woodbury

| MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 237 Radio Dr Ste 110 | Woodbury | MN | 55125 | USA |

**ORGANIZATION'S NAME**
MARKO KAMEL DDS PA

| MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 237 Radio Dr Ste 110 | Woodbury | MN | 55125 | USA |

**ORGANIZATION'S NAME**
WOODBURY DENTAL ARTS P.A.

| MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 237 Radio Dr Ste 110 | Woodbury | MN | 55125 | USA |

## SECURED PARTY INFORMATION

**ORGANIZATION'S NAME**
C T CORPORATION SYSTEM, AS REPRESENTATIVE

| MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 330 N Brand Blvd, Suite 700; Attn: SPRS | Glendale | CA | 91203 | USA |

## COLLATERAL

To secure payment for all purchases from Secured Party, now and in the future, Seller hereby grants Secured Party a continuing security interest in all of Seller's presently owned or hereafter acquired (a) goods, (b) instruments, (c) promissory notes, (d) chattel paper including electronic chattel paper and tangible chattel paper, (e) documents, (f) books and records, (g) accounts), (h) accounts receivable, (i) equipment, (j) inventory, (k) commercial tort claims, (l) general intangibles, (m) payment intangibles, and (n) software, together with all proceeds and all support obligations thereof. Secured Party's security interest is explicitly limited to outstanding obligations between Secured Party and Seller. The term "obligations" shall mean and include all indebtedness, liabilities, and obligations of any nature, however arising whether

Exhibit A

monetary or otherwise, now existing or hereafter arising in favor of Secured Party, including any attorney's fees and expenses to which Secured Party may be entitled.

## ADDITIONAL INFORMATION(IF ANY)

**TRUST DESIGNATION:** No Alternative

**ALTERNATE DESIGNATION:** Seller/Buyer

**ADDITIONAL FILER REFERENCE DATA:**
97308431