UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:  
Minnesota Implant Center, P.L.L.C.,

Debtor.

Case No. 24-30760
Chapter 7

**UNSWORN CERTIFICATE OF SERVICE**

I declare under penalty of perjury that on April 18, 2024, I served copies of the following:

1. Notice of Hearing and Motion for Order Authorizing Examinations and Related Document Production Pursuant to Rule 2004;

2. Memorandum of Law Supporting the Trustee's Motion for Order Authorizing 2004 Examinations;

3. Proposed Order; and

4. Unsworn Certificate of Service

by sending true and correct copies to the following parties:

**VIA U.S. Mail**

C T Corporation System
c/o The Corporation Trust Company, Registered Agent
Corporation Trust Center 1209 Orange St
Wilmington, DE 19801

C T Corporation System
Attn: John Weber, President
330 N Brand Blvd, Ste 700
Glendale, CA  91203

Wolters Kluwer United States, Inc.
c/o The Corporation Trust Company, Registered Agent
Corporation Trust Center 1209 Orange St
Wilmington, DE 19801

Wolters Kluwer United States, Inc.
Attn: Nancy McKinstry, CEO
2700 Lake Cook Rd
Riverwoods, IL, 60015-386

Executed on: April 18, 2024

Signed: *s/ Sarah Gelhar*
Sarah Gelhar, Legal Assistant
Manty & Associates, P.A.
150 South Fifth Street #3125
Minneapolis, MN 55402
612-465-0990
sarah@mantylaw.com