UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:    Case No. 24-30760
    Chapter 7

Minnesota Implant Center, P.L.L.C.,

    Debtor.

### ORDER AUTHORIZING 2004 EXAMINATIONS

This matter is before the court on the motion of the trustee for an order allowing her to conduct examinations pursuant to Federal Rule of Bankruptcy Procedure 2004. Based on the motion and the file,

**IT IS ORDERED**:

The trustee may examine C T Corporation System and Wolters Kluwer United States, Inc. pursuant to Fed. R. Bankr. P. 2004.

Dated:

_____
Katherine A. Constantine
Chief United States Bankruptcy Judge