## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

CASE NO. 24-30760

**In re:**

**Minnesota Implant Center, P.L.L.C.,**                    Chapter 7

    **Debtor.**

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that, pursuant to Rule 9010 of the Federal Rules of Bankruptcy Procedure, the attorney set forth below appears as counsel for creditor State of Minnesota, by its Attorney General, Keith Ellison.  Pursuant to 11 U.S.C. §§ 342 and 1109(b), and Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests that the attorney set forth below be added to all mailing lists and matrices in this case, and that all notices given or required to be given in this case be given to and served on the following:

> Assistant Attorney General Evan Romanoff
> Minnesota Attorney General's Office
> 445 Minnesota Street, Suite 1200
> St. Paul, MN 55101-2130
> Telephone:  (651) 728-4126
> Fax:  (651) 296-7438
> evan.romanoff@ag.state.mn.us

**PLEASE TAKE FURTHER NOTICE** that this request includes the notices and papers referred to in Rule 2002 of the Federal Rules of Bankruptcy Procedure and also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, statement of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, or otherwise that (1) affects or seeks to affect in any way any rights or interest of any creditor or party in interest in this case, with respect

to the (a) debtor, (b) property of the debtor's estate, or proceeds thereof, in which the debtor may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that the debtor may seek to use; or (2) requires or seeks to require any act, delivery of any property, payment or other conduct by the undersigned.

Dated:  April 19, 2024

Respectfully submitted,

KEITH ELLISON
Attorney General
State of Minnesota


/s/ **Evan Romanoff**
EVAN ROMANOFF
Assistant Attorney General
Minn. Atty. Reg. No. 0398223

445 Minnesota Street, Suite 1200
St. Paul, MN 55101-2130
Telephone:  (651) 728-4126
Fax:  (651) 296-7438
evan.romanoff@ag.state.mn.us

ATTORNEYS FOR STATE OF MINNESOTA, BY ITS ATTORNEY GENERAL, KEITH ELLISON

**CERTIFICATE OF SERVICE**

    I CERTIFY that a true and correct copy of this notice was filed with the Court and served via the Court's Case Management/Electronic Case Filing System (CM/ECF) upon all users registered to receive electronic notification on this matter on April 19, 2024.

    **/s/ Evan Romanoff**
EVAN ROMANOFF
Assistant Attorney General
Minn. Atty. Reg. No. 0398223

445 Minnesota Street, Suite 1200
St. Paul, MN 55101-2130
Telephone: (651) 728-4126
Fax: (651) 296-7438
evan.romanoff@ag.state.mn.us

ATTORNEYS FOR STATE OF MINNESOTA, BY ITS ATTORNEY GENERAL, KEITH ELLISON

Dated: April 19, 2024