UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

---

In re:                                                                            Case No. 24-30760 - KAC

**Minnesota Implant Center P.L.L.C**
**Dba Woodbury Dental Arts**

Chapter 7

Debtor.

---

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PROCESS

Pursuant to Bankruptcy Rules 9010 (b) and Local Rule 2002-5, the undersigned hereby notes his appearance as attorney for Greer Dempster, creditor in the above case, and requests all parties in interest to serve copies of all notices and all papers (including pleadings, motions, applications, orders, financial and other reports, pleadings, requests, and demands, whether formal or informal and no matter how transmitted) served or filed in this case upon the undersigned as stated below.

DEWITT LLP

Dated: April 19, 2024         By /s/ *Mark G. Ohnstad*
                              Mark G. Ohnstad (#81218)
                              Attorneys for Grer Dempster
                              Suite 2100
                              901 Marquette Avenue
                              Minneapolis, MN  55402-2859
                              Telephone No. (612) 305-1400
                              Email: mgo@dewittllp.com

1