UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

---

In re:

Minnesota Implant Center, P.L.L.C.,

Debtor.

Case No. 24-30760
Chapter 7

---

### ORDER AUTHORIZING 2004 EXAMINATIONS

---

This matter is before the court on the motion of the trustee for an order allowing her to conduct examinations pursuant to Federal Rule of Bankruptcy Procedure 2004. Based on the motion and the file,

**IT IS ORDERED**:

The trustee may examine the following entities pursuant to Fed. R. Bankr. P. 2004:

- a. Dr. Marko Kamel
- b. Marisa Simonetti
- c. Bell Bank
- d. Wings Credit Union
- e. American Express Company
- f. CloudFund, LLC
- g. Funding Metrics, LLC
- h. De Lage Landen Financial Services, Inc.
- i. ChoiceHealth Finance
- j. QL Titling Trust, Ltd.
- k. Oneview Finance
- l. Wells Fargo Bank, N.A.

Dated: May 2, 2024

/e/ Katherine A. Constantine
Katherine A. Constantine
Chief United States Bankruptcy Judge