UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

---

In re:

Minnesota Implant Center, P.L.L.C.,

Debtor.

Case No. 24-30760
Chapter 7

---

### ORDER AUTHORIZING 2004 EXAMINATIONS

---

This matter is before the court on the motion of the trustee for an order allowing her to conduct examinations pursuant to Federal Rule of Bankruptcy Procedure 2004. Based on the motion and the record,

**IT IS ORDERED**:

The trustee may examine C T Corporation System and Wolters Kluwer United States, Inc. pursuant to Fed. R. Bankr. P. 2004.

Dated: *May 2, 2024*

       /e/ Katherine A. Constantine
Katherine A. Constantine
Chief United States Bankruptcy Judge