**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

In re:	Court File No.: 24-30760-KAC

Minnesota Implant Center
P.L.L.C. d/b/a Woodbury	Chapter 7
Dental Arts

Debtor.

---

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PROCESS

Pursuant to Bankruptcy Rules 9010 (b) and Local Rule 2002-5, the undersigned hereby notes his appearance as attorney for Mary Ann Weldon, creditor in the above case, and requests all parties in interest to service copies of all notices and all papers (including pleadings, motions, applications, orders, financial and other reports, requests, and demands, whether formal or informal and no matter how transmitted) served or filed in this case upon the undersigned as stated below.

Dated: May 10, 2024	/s/ Matthew E. Steinbrink
	Matthew E. Steinbrink, #034851X
	Attorney for Mary Ann Weldon
	**SiebenCarey, P.A.**
	901 Marquette Avenue. Suite 500
	Minneapolis, MN 55402-3205
	(612) 333-4500
	matt.steinbrink@knowyourrights.com