**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

Minnesota Implant Center PLLC,

    Debtor.                                                                               Chapter 7
Case Number 24-30760

_____

**NOTICE OF STATUS CONFERENCE**

PLEASE TAKE NOTICE that a status conference is scheduled for **August 8, 2024, at 9:30 a.m.** and will be held before the Honorable Chief Judge Katherine A. Constantine, Diana E. Murphy United States Courthouse, Courtroom 8W, 300 South Fourth Street, Minneapolis, Minnesota.

*29 - Motion to Redact a Previously Filed Document filed by Minnesota Implant Center P.L.L.C.. Memorandum of Facts and Law, Verification of Motion or Exhibits, Proposed Order, Proof of Service. Fee Amount $28.00. (Stephani, Michael) (Entered: 05/22/2024)*

Dated:  July 31, 2024

                                                                Tricia Pepin
                                                                Clerk, United States Bankruptcy Court

                                                                By:Linda
                                                                Deputy Clerk