UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:

MINNESOTA IMPLANT CENTER, PLLC

        Debtors.                CASE # 24-30760
                                                  CHAPTER 7

**SUBSTITUTION OF ATTORNEY**

MINNESOTA IMPLANT CENTER, PLLC, debtor herein, hereby substitutes Barbara J. May as their attorney of record.

Dated: 7/31/2024

                                                MINNESOTA IMPLANT CENTER

I, MICHAEL STEPHANI, hereby withdraw as attorney of record.

Dated: 7/26/24

                                                s/Michael A. Stephani
                                              MICHAEL STEPHANI
                                              BEST AND FLANAGAN
                                              60 SOUTH SIXTH STREET
                                              SUITE 2700
                                              MPLS, MN 55402

I accept this substitution.

Dated: 7/31/2024

                                              Barbara J. May
                                              1915 Highway 36W
                                              Roseville, MN 55113
                                              651-486-8887
                                              Atty 129689