# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re:<br><br>Minnesota Implant Center, PLLC,<br><br>Debtor. | Bankruptcy Case No. 24-30760<br>Chapter 7 |

## NOTICE OF APPEARANCE AND
## REQUEST FOR NOTICE

The undersigned hereby gives notice that Charles E. Nelson, Esq. is appearing in the above-entitled matter as counsel for Wells Fargo Bank, N.A.

Pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure, all notices, pleadings and orders in the above case should be served upon:

Charles E. Nelson
Ballard Spahr LLP
2000 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
nelsonc@ballardspahr.com

The undersigned also gives notice that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any applications, motions, petitions, pleadings, plans and disclosure statements, requests, complaints or demands, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, telegraph, telex, e-mail, internet or otherwise

filed or made with regard to the above-captioned case, which affects or seeks to affect in any way any rights or interests of any party in interest in this case.

Neither this *Notice of Appearance and Request for Notice* nor any subsequent appearance, pleading, claim or suit is intended to waive (i) any party's right to have final orders in non-core matters entered only after *de novo* review by a district court judge; (ii) any party's right to trial by jury in any proceedings so triable herein, or in any case, controversy or proceeding related hereto; (iii) any party's right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, set-offs or recoupments to which any party is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, set-offs and recoupments are expressly reserved.

Dated: August 6, 2024

**BALLARD SPAHR LLP**

By: *s/ Charles E. Nelson*
Charles E. Nelson (#0392389)
nelsonc@ballardspahr.com
2000 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Phone: (612) 371-2438
Facsimile: (612) 371-3207

*ATTORNEYS FOR WELLS FARGO BANK, N.A.*